```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 18-00019-HWV
Tyisha L Hatcher                                                    Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0314-1        User: AutoDocke        Page 1 of 1        Date Rcvd: Aug 28, 2020
                            Form ID: pdf010        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2020.
cr      +M&T Bank,   c/o Stern & Eisenberg, PC,   1581 Main Street, Suite 200,   Warrington, PA 18976-3403

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2020                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2020 at the address(es) listed below:
         Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
         James   Warmbrodt    on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
         James H Turner    on behalf of Debtor 1 Tyisha L Hatcher pat@turnerandoconnell.com
         Keri P Ebeck    on behalf of Creditor   Regional Acceptance Corporation kebeck@bernsteinlaw.com,
          jbluemle@bernsteinlaw.com
         Steven P. Kelly    on behalf of Creditor   M&T Bank skelly@sterneisenberg.com,
          bkecf@sterneisenberg.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                             TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tyisha L. Hatcher<br>Debtor(s)<br><br>M&T Bank<br>    v.<br>Tyisha L. Hatcher<br>    and<br>Charles J. DeHart, III Esq.<br>    Trustee | Chapter 13<br><br>NO. 18-00019 HWV |

## ORDER

Upon Consideration of the Certification of Default filed by the Movant in accordance with the Stipulation of the parties approved on February 22, 2019 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow M&T Bank and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 6298 Spring Knoll Drive Harrisburg, PA 17111.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

Dated: August 28, 2020   By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (MK)