UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re TYISHA L. HATCHER                                  Case No. 18-00019 HWV
      Debtor

CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC
SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

      Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☑    I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐    I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

    My current address:

    My current employer and my employer's address:

*Part III. Certification Regarding Section 522(q) (check no more than one)*

      Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☑    I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $160,375* in value in the aggregate.

☐    I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $160,375* in value in the aggregate.

*Part IV. Debtor's Signature*

    I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on   8/1/22                        _/s/ Tyisha Hatcher_
                                                                                       Debtor

\*   *Amounts are subject to adjustment on 4/01/19, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*