United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 18-00019-HWV
Tyisha L Hatcher  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Sep 10, 2025     Form ID: fnldecnd     Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Tyisha L Hatcher, 6298 Spring Knoll Drive, Harrisburg, PA 17111-6883 |
| 5008084 | + | Comcast Cable, c/o Enhanced Recovery Company, PO Box 57547, Jacksonville, FL 32241-7547 |
| 5008085 | + | ENT Facial Plastic Surgery, c/o Commercial Acceptance Co, 2 W Main Street, Shiremanstown, PA 17011-6326 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Sep 10 2025 18:37:37 | M&T Bank, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976-3403 |
| 5008083 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 10 2025 18:48:31 | Capital One Bank, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5008086 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 10 2025 18:40:00 | IRS, Special Procedures, PO Box 12051, Philadelphia, PA 19105 |
| 5034103 | | Email/Text: camanagement@mtb.com | Sep 10 2025 18:40:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240 |
| 5008087 | | Email/Text: camanagement@mtb.com | Sep 10 2025 18:40:00 | M&T Bank, PO Box 7678, Buffalo, NY 14240 |
| 5024630 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 10 2025 18:48:30 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5008088 | + | Email/Text: rperez@arcadiarecovery.com | Sep 10 2025 18:40:00 | Pinnacle Health, c/o Arcadia Recovery Bureau, 645 Penn Street, Reading, PA 19601-3543 |
| 5008089 | | Email/Text: Bankruptcy@BAMcollections.com | Sep 10 2025 18:40:00 | Pinnacle Medical Services, c/o Bureau of Account Management, PO Box 8875, Camp Hill, PA 17001-8875 |
| 5008090 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Sep 10 2025 18:48:20 | Regional Acceptance, PO Box 1202, Owings Mills, MD 21117-1205 |
| 5013175 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Sep 10 2025 18:48:20 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 5008091 | ^ | MEBN | Sep 10 2025 18:37:46 | Tristan Radiology Specialists, c/o Bureau of Account Management, 3607 Rosemont AVenue, Camp Hill, PA 17011-6943 |
| 5031405 | | Email/PDF: ebn_ais@aisinfo.com | Sep 10 2025 18:48:28 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 5008093 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 10 2025 18:48:31 | Wells Fargo, c/o Credit Bureau Resolution, PO Box 14517, Des Moines, IA 50306-3517 |
| 5008092 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Sep 11 2025 01:28:35 | Wells Fargo, PO Box 94435, Albuquerque, NM |

| | | | |
| --- | --- | --- | --- |
| 5009511 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com Sep 10 2025 18:48:25 | 87199-4435 Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4927 |
| 5023512 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com Sep 11 2025 01:28:35 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 16

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Chad J. Julius | on behalf of Debtor 1 Tyisha L Hatcher cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Warmbrodt | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| James H Turner | on behalf of Debtor 1 Tyisha L Hatcher pat@turnerandoconnell.com |
| Keri P Ebeck | on behalf of Creditor Regional Acceptance Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;politicsci2@gmail.com;agilbert@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Steven P. Kelly | on behalf of Creditor M&T Bank skelly@sterneisenberg.com  bkecf@sterneisenberg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Tyisha L Hatcher,　　　　　　　　　　　　　　Chapter　　13

**Debtor 1**

　　　　　　　　　　　　　　　　　　　　　　Case No.　　1:18−bk−00019−HWV

Social Security No.:
　　　　　　　　xxx−xx−0494

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Tyisha L Hatcher** in accordance with §1328 of the Bankruptcy Code.

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: September 10, 2025

**fnldec** (01/22)